FORM EDC2850 Bankruptcy Appeal Transmittal Form  (v.8.14)

24–21326 – C – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:**   24–21326 – C – 11

**DCN:**  FWP–69

**Debtor Name(s) and Address(es):**

The Roman Catholic Bishop of Sacramento
2110 Broadway
Sacramento,, CA 95818

**FILED**

**Aug 8, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TO:     U.S. District Court
501 I Street, Suite 4–200, Sacramento, California 95814 ((916) 930–4000).

FROM:   U.S. Bankruptcy Court
Eastern District of California District Office No. 0972

District Court No.

2:25-cv-2288 DC

Bankruptcy Judge (who signed the order):  Judge Klein

Date Notice of Appeal Filed:  8/8/25

Date of Entry of Order Appealed From:  7/28/25

Date Bankruptcy Case Filed:  4/1/24

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  8/11/25

Filing Fee Paid?  yes

Dated:
8/11/25

For the Court,
Scott Yach , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



---

## CERTIFICATE OF NOTICE

---

**Case Number:**    24–21326 – C – 11                                **DCN:**    FWP–69

---

**Debtor Name(s) and Address(es):**

The Roman Catholic Bishop of Sacramento
 2110 Broadway
Sacramento,, CA 95818

---

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on August 8, 2025, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| The Roman Catholic Bishop of Sacramento<br>2110 Broadway<br>Sacramento,, CA 95818 | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7500<br>Sacramento, CA 95814 | Matthew Michael Weiss<br>Parker, Hudson, Rainer, and Dobbs LLP<br>303 Peachtree Street, N.E.<br>Suite 3600<br>Atlanta GA 30308 |
| Ori Katz<br>4 Embarcadero Center 17th Floor<br>San Francisco CA 94111 | Barron L. Weinstein<br>Meredith, Weinstein and Numbers, LLP<br>115 Ward St<br>Larkspur CA 94939 | Alan H. Martin<br>Sheppard, Mullin, Richter & Hampton LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa CA 926261993 |
| Paul J. Pascuzzi<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95814 | Jason E. Rios<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95814 | Thomas R. Phinney<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95 |
| Mikayla E. Kutsuris<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95814 | Robert T. Kugler<br>STINSON LLP<br>50 S 6th Street, Suite 2600<br>Minneapolis, MN 55402 | Edwin H. Caldie<br>Stinson LLP<br>50 S 6th St #2600<br>Minneapolis MN 55402 |
| Andrew Glasnovich<br>Stinson LLP<br>50 South Sixth Street<br>Minneapolis MN 55402 | Luke Laursen Sperduto<br>Stinson LLP<br>50 S 6th St #2600<br>Minneapolis MN 55402 | Clarissa C. Brady<br>Dorsey & Whitney LLP<br>2325 E. Camelback Road<br>Ste 900<br>Phoenix AZ 85016 |
| Tobias S. Keller<br>Keller Benvenutti Kim LLP<br>101 Montgomery Street<br>Suite 1950<br>San Francisco CA 94104 | David A. Taylor<br>KELLER BENVENUTTI KIM LLP<br>101 Montgomery Street<br>Suite 1950<br>San Francsico CA 94104 | Gabrielle Albert<br>Keller Benvenutti Kim LLP<br>101 Montgomery Street<br>Suite 1950<br>San Francsico CA 94104 |

---

Dated:
8/11/25

For the Court,
Scott Yach , Clerk

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



---

# CERTIFICATE OF NOTICE

---

**Case Number:**   24–21326 – C – 11                                **DCN:**   FWP–69

---

**Debtor Name(s) and Address(es):**

The Roman Catholic Bishop of Sacramento
2110 Broadway
Sacramento,, CA 95818

---

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on August 8, 2025, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Catalina J. Sugayan<br>Clyde & Co US LLP<br>30 S Wacker Dr #2600<br>Chicago IL 60606 | Robert Sweeney<br>Clyde & Co US LLP<br>30 S Wacker Dr #2600<br>C IL 60606 | Yongli Yang<br>Clyde & Co US LLP<br>30 S Wacker Dr #2600<br>Chicago IL 60606 |
| Official Committee of Unsecured Creditors<br>Keller Benvenutti Kim LLP<br>425 Market St 26th Fl<br>San Francisco CA 94105 | David A. Taylor<br>KELLER BENVENUTTI KIM LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | Harris B. Winsberg<br>Parker, Hudson, Rainer, and Dobbs LLP<br>303 Peachtree St NE #3600<br>Atlanta GA 30308 |
| Matthew Michael Weiss<br>Parker, Hudson, Rainer, and Dobbs LLP<br>303 Peachtree Street, N.E.<br>Suite 3600<br>Atlanta GA 30308 | Matthew G. Roberts<br>Parker, Hudson, Rainer, and Dobbs LLP<br>303 Peachtree St NE #3600<br>Atlanta GA 30308 | Todd C. Jacobs<br>Parker, Hudson, Rainer, and Dobbs LLP<br>Two N Riverside Plaza #1850<br>Chicago IL 60606 |
| John E. Bucheit<br>Parker, Hudson, Rainer, and Dobbs LLP<br>Two N Riverside Plaza #1850 | Matthew Clark Lovell<br>Nicolaides Fink Thorpe Michaelides Sulli<br>101 Montgomery Street<br>Ste 2300<br>San Francisco CA 94104 | Laura Hamilton Smith<br>Nicolaides Fink Thorpe, LLP<br>101 Montgomery Street<br>Ste 2300<br>San Francisco CA 94104 |

---

Dated:                                    For the Court,
8/8/25                                    Scott Yach , Clerk

24–21326 – C – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# CERTIFICATE OF NOTICE

**Case Number:**   24–21326 – C – 11            **DCN:**   FWP–69

**Debtor Name(s) and Address(es):**

The Roman Catholic Bishop of Sacramento
2110 Broadway
Sacramento,, CA 95818

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on August 8, 2025, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

Robert M Charles
Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson AZ 857011611

Jason P. Amala
Pfau Cochran Vertetis Amala PLLC
701 Fifth Avenue, Suite 4300
Seattle, WA 98104

Ryan A. Camastra
Slater Slater Schulman
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 90211

Kelsey L. Campbell
Boucher LLP
555 Montgomery Street, Suite 1205
San Francisco, CA 94111

David P. Matthews
Matthews and Associates
2905 Sackett St.
Houston, TX 77098

Pedro De La Cerda
Matthews and Associates
2905 Sackett St.
Houston, TX 77098

David E. Drivon
Drivon Law Firm LLP
3439 Brookside Road, Suite 104
Stockton, CA 95219

Vince W. Finaldi
Manly Steward and Finaldi
19100 Von Karman Ave., Suite 800
Irvine, CA 92612

Joseph Charles George
Joseph C. George, JR Law
Corporation
601 University Ave., Suite 270
Sacramento, CA 95825

Hunter D.L. Haddock
Zalkin Law Firm PC
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130

Courtney Kiehl
Paul Mones PC
13101 W. Washington Blvd. Suite 128
Los Angeles, CA 90066

Jennifer R. Liakos
Liakos Law APC
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula, CA 90274

Sin–Ting Mary Liu
Aylstock, Witkin, Kreis & Overhotlz
17 E Main St, Ste 200
Pensacola, FL 32502–5998

Anthony C. Modarelli III
Dimarco Araujo Montevideo
1324 N. Broadway
Santa Ana, CA 92706

Michael Rehm
The Law Office of Michael Rehm
2121 Broadway, Unit 188860
Sacramento, CA 95818

Melisa A. Rosadini–Knott
Peiffer Wolf Carr Kane Conway
3435 Wilshire Blvd, Ste 1400
Los Angeles, CA 90010

Jeff Anderson
Jeff Anderson & Associates
12011 San Vincente Blvd, Suite 700
Los Angeles, CA 90049

Jennifer Stein
Jeff Anderson & Associates
12011 San Vincente Blvd, Suite 700
Los Angeles, CA 90049

Dated:
8/11/25

For the Court,
Scott Yach , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| **Case Number:** 24–21326 – C – 11 | **DCN:** | FWP–69 |

**Debtor Name(s) and Address(es):**

The Roman Catholic Bishop of Sacramento
2110 Broadway
Sacramento,, CA 95818

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on August 8, 2025, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

Brian Plummer
Herman Law
54151 Ventura Blvd Suite 230
Calabasas, CA 913

Brian K. Teets, Jr.
Herman Law
54151 Ventura Blvd Suite 230
Calabasas, CA 91302

Robert W. Thompson
Thompson Law Offices
700 Airport Boulevard, Suite 160
Burlingame, CA 94010

Aimee Wagstaff
Wagstaff Law Firm
940 N. Lincoln St
Denver, CO 90203

Erika J. Scott
Winer Burritt Scott & Jacobs LLP
1901 Harrison St., Ste 1100
Oakland, CA 94612

Dated:
8/11/25

For the Court,
Scott Yach , Clerk

**11**

Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Nathan Reinhardt (SBN 311623)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
rroten@skarzysnki.com
jkahane@skarzynski.com
tevanston@skarzynski.com

*Counsel for Certain Underwriters at Lloyd's, London*
*and Certain London Market Insurance Companies*

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 24-21326 |
| The Roman Catholic Bishop of Sacramento, | Chapter 11 |
| Debtor. | **NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): <u>Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies ("LMI")[1]</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is subject of this appeal:

| For appeals in an adversary proceeding | For appeals in a bankruptcy case |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe) | ☐ Trustee |

---

[1] LMI are Excess Insurance Company, Ltd., Terra Nova Insurance Company, Ltd., Sphere Drake Insurance Company, Ltd., and Yasuda Fire & Marine Insurance Company, Ltd.

⊠ Other (describe) Party In Interest

**Part 2:  Identify the subject of this appeal**

1.  Describe the judgment – or the appealable order or decree – from which the appeal is taken:
    Order Granting Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay;
    and (2) Waiver of 14-Day Stay Period , Docket No. 1484.

2.  State the date in which the judgment – or the appealable order or decree – was entered:
    July 25, 2025

**Part 3:  Identify the other parties to the appeal[2]**

List the names of all parties to the judgment – or appealable order or decree—from which the appeal is taken and the names, address, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party/Attorney:        The Roman Catholic Bishop of Sacramento
    **Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
    Paul J. Pascuzzi, ppascuzzi@ffwplaw.com
    Jason E. Rios, jrios@ffwplaw.com
    Thomas R. Phinney, tphinney@ffwplaw.com
    Mikayla E. Kutsuris, mkutsuris@ffwplaw.com
    500 Capitol Mall, Suite 2250
    Sacramento, CA 95814
    (916) 329-7400

    **Sheppard, Mullin, Richter & Hampton LLP**
    Ori Katz, okatz@sheppardmullin.com
    Alan H. Martin, amartin@sheppardmullin.com
    Four Embarcadero Center, 17th Floor
    San Francisco, CA 94111
    (415) 434-9100

---

[2] Listed herein as parties to the appeal are certain abuse claimants.  While counsel for these claimants signed the Stipulation by and Among the Roman Catholic Bishop of Sacramento, the Official of Unsecured Creditors, and the Survivor Defendants (Docket No. 1427), contact information (email, office address, etc.) was not listed in the signature blocks for counsel.  The addresses listed herein for counsel were found through online searches and are the product of the good faith effort of LMI to find accurate contact information.

1

2

3

4

**Blank Rome, LLP**
Barron Weinstein, barron.weinstein@blankrome.com
2029 Century Park East
Los Angeles, CA 90067
(424) 239-3696

5

6

2.   Party/Attorney

The Official Committee of Unsecured Creditors
**Stinson LLP**
Robert T. Kugler, robert.kugler@stinson.com
Edwin H. Caldie, ed.caldie@stinson.com
Andrew Glasnovich, drew.glasnovich@stinson.com
Luke L. Sperduto, luke.sperduto@stinson.com
Clarissa C. Brady, clarissa.brady@stinson.com
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500

7

8

9

10

11

12

13

14

**Keller Benvenutti Kim LLP**
Tobias S. Keller, tkeller@kbkllp.com
David A. Taylor, dtaylor@kbkllp.com
Gabrielle L. Albert, galbert@kbkllp.com
425 Market Street, 26th Floor San Francisco, CA 94105
(415) 496-6723

15

16

3.   Party/Attorney:

Interstate Fire & Casualty Company and National Surety Corporation
**Parker, Hudson, Rainer & Dobbs LLP**
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
Brian C. Aton, baton@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia, 30308
(404) 523-5300

17

18

19

20

21

22

23

24

Todd C. Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
(312) 477-3305

25

26

27

28

**Nicholaides Fink Thorpe Michaelides Sullivan LLP**
Matthew C. Lovell, mlovell@nichollp.com
Laura H. Smith, lsmith@nicholaidesllp.com
101 Montgomery Street, Suite 2300
San Francisco, California 94101
(415) 745-3779

3

4. Party/Attorney:

John Doe (MN) and A.D.
**Fiore Achermann**
Sophia Achermann, sophia@theFAfirm.com
605 Market St., Suite 1103
San Franscisco, CA 94106
(415) 550-0650

5. Party/Attorney:

John Doe LL and John Doe DM

**Mary Alexander & Associates PC**
Mary Alexander, malexander@maryalexanderlaw.com
44 Montgomery Street, Suite 1303
San Franscisco, CA 94104
(415) 433-4440

6. Party/Attorney:

C.P., Jane Doe (J.W.), John Doe P.F., and TC

**Pfau Cochran Vertetis Amala PLLC**
Jason P. Amala, jason@pcvalaw.com
701 Fifth Avenue, Suite 4300
Seattle, WA 98104
(206) 451-8260

7. Party/Attorney:

Attorneys for Jane Roe 265, Jane Roe Jane
Roe 298, Jane Roe 333, Jane Roe 385, Jane
Roe 443, Jane Roe 574, Jane Roe 583, Jane
Roe 657, Jane  Roe 670, Jane  Roe 671,  Jane
Roe 675, Jane Roe 684, John  Roe 129, John
Roe  178, John  Roe 214, John Roe 216, John
Roe  217, John Roe 278, John Roe 282, John
Roe  303, John  Roe 314, John Roe 413, John
Roe  414, John  Roe 469, John Roe 481, John
Roe  497,John Roe 550, John Roe 560, John
Roe  587, John Roe 625, John Roe 627, John
Roe 651, John Roe 669, John Roe 687, and
John Roe 694

**Slater Slater Schulman**
Ryan A. Camastra, rcamastra@sssfirm.com
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 90211
(310) 341-2086

8. Party/Attorney:

Jane Doe B.N W., Jane Doe E.D., Jane Doe
K.L.M, Jane Doe M A.G., John Doe B.C.R.,

4

John Doe D.J.S., John Doe E.D.G., John Doe
E.L.B., John Doe G.B.M., John Doe J.B.,
John Doe J.C.A., John Doe J.H, John Doe
J.P.M, John Doe K.E.K., John Doe L.F.R.,
John Doe MP.O., John Doe M W.M, John
Doe NP.S., and John Doe P.R.D.

**Boucher LLP**
Kelsey L. Campbell, Campbell@boucher.la
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
(818) 340-5400

9. Party/Attorney:    Jane Doe 1733, Jane Doe 420, Jane Doe 744,
Jane Doe 868, John Doe 1615, John Doe
1737, John Doe 2731, John Doe 2741, John
Doe 42, John Doe 45, John Doe
464, John Doe 562, John Doe 704, John Doe
CLG03308, John Doe CLG03350, John Doe
CLG03442, John Doe CLG03476, and John
Doe CLG03492

**Matthews and Associates**
David P. Matthews
Pedro De La Cerda
2905 Sackett St.
Houston, TX 77098
(888) 923-7001

10. Party/Attorney:    John Doe GR

**Drivon Law Firm LLP**
David E. Drivon, ddrivon@comcast.net
3439 Brookside Road, Suite 104
Stockton, CA 95219
(209) 942-3276

11. Party/Attorney:    Jane S-11 Doe, Jane S-13 Doe, Jane S-7 Doe,
John S-10 Doe, John S-14 Doe, John S-16
Doe, John S-17 Doe, John S-3 Doe, John S-
4 Doe, John S-5 Doe, John SAC-1 Doe, and
John SAC-2 Doe

**Manly Steward and Finaldi**
Vince W. Finaldi, vfinaldi@manlystewart.com

5

1    19100 Von Karman Ave., Suite 800
2    Irvine, CA 92612
     (949) 252-9990

3

4    12. Party/Attorney:    G.D., J.R., Jennifer Doe S 509, Jennifer Doe
                            S 523, Jennifer Doe S 525, Jennifer Doe S
5                           526, Jennifer Doe S 528, Jennifer Doe S 529,
                            Jennifer Doe S 597, Jennifer Doe S 598,
6                           Jennifer Doe S 600, Jennifer Doe S 606,
                            Jennifer Doe SCW, John Doe 102, John Doe
7                           140, John Doe 165, Joseph Doe S 501,
                            Joseph Doe S 502, Joseph Doe S 503, Joseph
8                           Doe S 504, Joseph Doe S 506, Joseph Doe S
9                           507, Joseph Doe S 508, Joseph Doe S 512,
                            Joseph Doe S 513, Joseph Doe S 515, Joseph
10                          Doe S 516, Joseph Doe S 517, Joseph Doe S
                            518, Joseph Doe S 519, Joseph Doe S 520,
11                          Joseph Doe S 522, Joseph Doe S 524, Joseph
                            Doe S 584, Joseph Doe S 602, Joseph Doe S
12                          604, Joseph Doe S 605, M T., and Samantha
13                          Doe SA4

14                          **Joseph C. George, JR Law Corporation**
15                          Joseph Charles George, jgeorgejr@psyclaw.com
                            601 University Ave., Suite 270
16                          Sacramento, CA 95825
                            (916) 623-4914
17

18   13. Party/Attorney:    Jane MH Roe SAC, John JD Roe SAC, John
19                          JT Roe SAC, John JW Roe SAC, John MF
                            Roe SAC, John ST Roe SAC, and John TH
20                          Roe SAC

21

22                          **Zalkin Law Firm PC**
                            Hunter D.L. Haddock, hunter@zalkin.com
23                          10590 W. Ocean Air Drive, Suite 175
                            San Diego, CA 92130
24                          (800) 477-2989

25   14. Party/Attorney:    Jane Doe LL and John Doe MD
26

27                          **Paul Mones PC**
                            Courtney Kiehl, courtney@paulmones.com
28                          13101 W. Washington Blvd. Suite 128

6

Los Angeles, CA 90066
(310) 566-7418

15. Party/Attorney: <u>LL John Doe JT, LL John Doe MW, LL John Doe TDR, LL John Doe TWGA, LL John Doe UM, and LL Jane Doe JEP</u>

**Liakos Law APC**
Jennifer R. Liakos, Jenn@jennliakoslaw.com
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula, CA 90274
(310) 961-0066

16. Party/Attorney: <u>R.A.</u>

**Aylstock, Witkin, Kreis & Overhotlz**
Sin-Ting Mary Liu, mliu@awkolaw.com
17 E Main St, Ste 200
Pensacola, FL 32502-5998
Phone: (850) 202-1010

17. Party/Attorney: <u>John Doe 104</u>

**Dimarco Araujo Montevideo**
Anthony C. Modarelli III
1324 N. Broadway
Santa Ana, CA 92706
(714) 783-2205

18. Party/Attorney: <u>Jane Roe 1590</u>

**The Law Office of Michael Rehm**
Michael Rehm, michaelrehm@gmail.com
2121 Broadway, Unit 188860
Sacramento, CA 95818
(916) 233-7346

19. Party/Attorney: <u>John Doe D.H.</u>

7

|  |  |
|---|---|
|  | **Peiffer Wolf Carr Kane Conway and Wise LLP** |
|  | Melisa A. Rosadini-Knott, mrosadini@peifferwolf.com |
|  | 3435 Wilshire Blvd, Ste 1400 |
|  | Los Angeles, CA 90010 |
| 20. Party/Attorney: | Jane Doe SAC 1177, Jane Doe SAC 1185, Jane Doe SAC 1193, Jane Doe SAC 1204, Jane Doe SAC 1429, Jane Doe SAC 1432, Jane Doe SAC 1519, Jane Doe SAC 1637, Jane Doe SAC 1876, Jane Doe SAC 1891, Jane Doe SAC 2056, Jane Doe SAC 2076, Jane Doe SF 1883, John Doe SAC 1124, John Doe SAC 1127, John Doe SAC 1180M, John Doe SAC 1208, John Doe SAC 1221, John Doe SAC 1276, John Doe SAC 1286, John Doe SAC 1421, John Doe SAC 1506, John Doe SAC 1507, John Doe SAC 1523, John Doe SAC 1531, John Doe SAC 1545, John Doe SAC 1554, John Doe SAC 1911, John Doe SAC 1915, John Doe SAC 1920, John Doe SAC 1924, John Doe SAC 1926, John Doe SAC 1935, John Doe SAC 1973, John Doe SAC 1980, John Doe SAC 2029, John Doe SAC 2049, John Doe SAC 2050, John Doe SAC 2060, John Doe SAC 2068, John Doe SAC 2088, John Doe SAC 2092, and John Doe SF 1886 |
|  | **Jeff Anderson & Associates** |
|  | Jeff Anderson |
|  | Jennifer Stein |
|  | 12011 San Vincente Blvd, Suite 700 |
|  | Los Angeles, CA 90049 |
|  | (310) 357-2425 |
| 21. Party/Attorney: | G.B., J.E., J.R., M.O., M.W., N.J., R.R., and S.C. |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Herman Law**

Brian Plummer,
bplummer@hermanlaw.com

Brian K. Teets, Jr.

54151 Ventura Blvd Suite 230

Calabasas, CA 91302

(213) 806-7291

22. Party/Attorney:    <u>John Doe A.D.R.</u>

**Thompson Law Offices**

Robert W. Thompson, bobby@tlopc.com

700 Airport Boulevard, Suite 160

Burlingame, CA 94010

(650) 513-6111

23. Party/Attorney:    <u>A.A. Roe 1</u>

**Wagstaff Law Firm**

Aimee Wagstaff

940 N. Lincoln St

Denver, CO 90203
awagstaff@wagstafflawfirm.com

(303) 376-6360

24. Party/Attorney:    <u>John Doe 174, Jane Doe 639, John Doe 521,
John Doe 166, John Doe 542, John Doe 137,
John Doe 572, John Doe 534, John Doe 568,
Jane Do 577, Jane Doe 564, and Jane Doe
549</u>

**Winer Burritt Scott & Jacobs LLP**

Erika J. Scott

1901 Harrison St., Ste 1100

Oakland, CA 94612

(510) 200-0612

9

**Part 4:  Optional election to have appeal heard by District Court (applicable only to certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1) a party elects to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5:  Sign Below**

Dated: August 8, 2025                    Respectfully submitted,

By:  */s/ Jeff D. Kahane*
Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt
Timothy W. Evanston
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone:    (213) 721-0650
Email:            rroten@skarzynski.com
                      jkahane@skarzynski.com
                      nreinhardt@skarzski.com
                      tevanston@skarzynski.com

-and-

By:  */s/ Catalina J. Sugayan*
Catalina J. Sugayan (*pro hac vice*)
Robert Sweeney (*pro hac vice*)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Email:          Catalina.Sugayan@clydeco.us
                    Robert.Sweeney@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

4918-0606-8060, v. 1

11

NOTICE OF APPEAL

15

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 24-21326 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, | Chapter 11 |
| | DCN:       FWP-69 |
| Debtor in Possession. | Date:       July 23, 2025<br>Time:       11:00 a.m.<br>Location:   Courtroom 35 (Dept. C)<br>Judge:      Hon. Christopher M. Klein |

**ORDER GRANTING DEBTOR'S MOTION TO: (1) APPROVE STIPULATION MODIFYING THE AUTOMATIC STAY; AND (2) WAIVER OF 14-DAY STAY PERIOD**

1

Upon consideration of the motion of the Roman Catholic Bishop of Sacramento (the "Debtor") (the "Motion") for entry of an order: (1) approving the *Stipulation by and Among the Roman Catholic Bishop of Sacramento, the Official Committee of Unsecured Creditors, and the Survivor Defendants* (the "Stipulation") attached hereto as ***Exhibit 1***, all as further described in the Motion; and (2) waiving the 14-day stay period imposed by Federal Rule of Bankruptcy Procedure 4001(a)(4); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having authority pursuant to 11 U.S.C. § 362(d) to order relief from the automatic stay as proposed under the terms in the Stipulation; and due and proper notice of the Motion having been provided under the circumstances and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation thereon and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is hereby GRANTED.

2.      The Stipulation attached to this Order as ***Exhibit 1*** is hereby approved.

3.      Subject to the terms and conditions set forth in the Stipulation and to the extent required to implement the Stipulation, the stay imposed under 11 U.S.C. § 362(a) is hereby modified.

4.      Except for the limited purpose of modifying the automatic stay as set forth in the Stipulation, the automatic stay shall otherwise remain in full force and effect.

5.      This Order is effective immediately, the fourteen (14) day stay provision of Bankruptcy Rule 4001(a)(4) shall not be applicable.

6.      The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order, in accordance with the Motion and the Stipulation.

///

7.    The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

STINSON LLP

By:   */s/ Drew Glasnovich*
      Drew Glasnovich
      Attorneys for the Official
      Committee of Unsecured Creditors


Dated: July 25, 2025


_____
United States Bankruptcy Judge

CASE No. 24-21326
ORDER RE MOTION TO APPROVE STIPULATION

# EXHIBIT 1

**11 Pages**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>Debtor. | Case No. 24-21326<br><br>Chapter 11<br><br>DCN:     STI-11 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>JOHN S-4 DOE, et al.,<br><br>Defendants. | Adv. Pro. No. 25-02054<br><br>DCN:     SMRH-1<br><br>Date:     June 25, 2025<br>Time:     1:30 PM<br>Location:     Courtroom 35 (Dept. C)<br>Judge:     Hon. Christopher M. Klein |

### STIPULATION BY AND AMONG THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE SURVIVOR DEFENDANTS

The Roman Catholic Bishop of Sacramento (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), and each of the defendants in this Action (together, the "Survivor Defendants"[1]; collectively the Debtor, the Committee, and the Survivor Defendants are the "Parties" and each, including each individual Survivor Defendant, is a "Party"), stipulate and agree as follows:

---

[1] Survivor Jane Doe, the plaintiff in the case captioned *Jane Doe v. St. Francis Catholic High School of the Diocese of Sacramento, Inc., AKA St. Francis Catholic High School, Roman Catholic Bishop of Sacramento, a corporation sole, Aaron Rios, and Does 1-100* (Sacramento County Case No. 23-CV-008312), is a Survivor Defendant named in this Action, but she does not join this Stipulation. This Jane Doe is not part of the Coordinated Proceeding (JCCP No. 5018), is currently litigating her case, and seeks to collect from St. Francis High School (not from the Debtor's insurers).

## RECITALS

1.      The Debtor filed a voluntary petition with this Court under chapter 11 of the Bankruptcy Code on April 1, 2024 (the "Petition Date"), which chapter 11 case No. 24-21326 (the "Bankruptcy Case") is pending before the Bankruptcy Court for the Eastern District of California (the "Bankruptcy Court").

2.      The Office of the United States Trustee appointed the Committee on April 12, 2024, pursuant to 11 U.S.C. § 1102.

3.      In October 2019, Governor Gavin Newsom signed AB 218, known as the California Child Victims Act (the "CVA"), which expanded legal protections for survivors of child sexual abuse ("Survivors"). The CVA went into effect on January 1, 2020, opening a three-year "revival window" during which any Survivor could file civil claims regardless of when the abuse occurred.

4.      During the CVA's revival window, approximately 260 Survivors filed civil actions against the Debtor, virtually all of which have been consolidated (along with other Northern California clergy cases naming other defendants) into a coordinated proceeding entitled *In re Northern California Clergy Cases*, JCCP No. 5108 (the "Coordinated Proceeding") in the Superior Court of California, County of Alameda (the "State Court").

5.      Of those civil actions, approximately 227 name both the Debtor and at least one of its non-Debtor affiliates as defendants. These actions are identified in **Exhibit 1** to the Injunction Motion (defined below) (collectively, the "State Court Actions").

6.      On April 28, 2025, the Debtor initiated this Adversary Proceeding by filing a complaint for declaratory and injunctive relief that would prevent all of the State Court Actions from proceeding for the duration of the Debtor's Bankruptcy Case.

7.      On April 30, 2025, the Debtor filed the *Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) And 362 to Extend Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliate is Named as a Defendant*, as amended and along with supporting declarations and exhibits [Adv. Docket Nos. 6-10, 34] (the "Injunction Motion"), seeking both a declaration that the automatic stay extends to all State Court Actions and, in the alternative, an

2

injunction that would prevent all State Court Actions from proceeding for the duration of the Debtor's Bankruptcy Case.

8.      Subsequently, the Committee filed its *Motion to Intervene* [Adv. Docket No. 38], and the Committee and Survivor Defendants each filed objections to the Injunction Motion.

9.      In order to resolve the Injunction Motion and other pending issues in the Debtor's Bankruptcy Case, the Parties have reached a compromise and resolution of their differences as follows:

## STIPULATION

1.      The above recitals are incorporated by reference.

2.      The Committee's Motion to Intervene should be granted.

3.      Subject to Paragraph 8, the Bankruptcy Court should issue a temporary injunction pursuant to 11 U.S.C. § 105(a), enjoining prosecution of the State Court Actions, including against any of the non-Debtor defendants (the "Non-Debtor Affiliates") named therein.

4.      On or before July 3, 2025, the Parties shall jointly select, and file a notice on the docket identifying, no more than six State Court Actions (the "Released State Court Actions") to be released from the stay and proceed to trial.

5.      The automatic stay imposed by 11 U.S.C. § 362(a) and the injunction provided for in this Stipulation (the "Stay Extension Injunction") shall be modified as follows:

a.      The Survivor Defendants may prosecute, and any court where the action is pending may proceed with all necessary actions to adjudicate, the Released State Court Actions through final judgment, including against the Debtor and all non-Debtor defendants (the "Non-Debtor Defendants").

b.      The Debtor is authorized to pay defense costs in the Released State Court Actions that are not paid by an insurer, notwithstanding any prior order of the Court.

c.      Entry of a judgment against any defendant in the Released State Court Actions shall not create a lien against any non-insurance asset of the Debtor or any Non-Debtor Defendant. For the avoidance of doubt, nothing in this Stipulation should be

construed to prevent a lien from attaching to the Debtor's and/or any Non-Debtor Affiliate's insurance policies or the proceeds of such policies.

d.   No Survivor Defendant may create or take any action to effectuate the creation or imposition of any lien against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate. Further, no Survivor Defendant may collect, levy, execute, or otherwise enforce any judgment against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate.

6.   The Parties agree that Survivor Defendants (regardless of whether their claims are selected as Released State Court Actions) may make written settlement demands on the Debtor and any Non-Debtor Defendant(s) and for the Debtor and any Non-Debtor Defendant(s) to tender those demands on their respective insurers and request that the insurers pay those demands. The Parties further agree that that such demands are not a violation of the Stay Extension Injunction or the stay imposed by 11 U.S.C. § 362(a).

7.   For the avoidance of doubt, and except as provided in Paragraphs 5 and 6, nothing in this Stipulation provides for the modification or vacatur of the automatic stay imposed by 11 U.S.C. § 362(a).

8.   Nothing in this Stipulation is an admission by any Party as to the allegations in the Injunction Motion or any oppositions filed thereto or the merits of any of the issues raised therein.

9.   Any Party may request that the Bankruptcy Court modify or rescind the Stay Extension Injunction, except that the Released State Court Actions shall not be stayed or otherwise enjoined without the consent of the Committee and the applicable Survivor Defendant(s) or by the Court upon a showing of extraordinary circumstances. The requesting party must give the other Parties at least three (3) days' written notice prior to filing the request and may not set the matter for hearing on less than 30 days' notice from the time of filing.

10.   The Parties request that the Court approve this Stipulation and enter the proposed orders attached hereto as Exhibits 1 & 2.

**STIPULATED AND AGREED TO BY:**

Dated: ___June 25, 2025___

FELDERSTEIN FITZGERALD
WILLOUGHBY
PASCUZZI & RIOS LLP

By: ___/s/ Paul J. Pascuzzi___
Paul J. Pascuzzi
Thomas R. Phinney

*Attorneys for*
*The Roman Catholic Bishop of Sacramento*

Dated: ___June 23, 2025___

STINSON LLP

By: ___/s/ Robert T. Kugler___
Robert T. Kugler
Edwin H. Caldie
Andrew J. Glasnovich

*Attorneys for*
*The Official Committee of Unsecured Creditors*

Dated: 06/23/2025

FIORE ACHERMANN

By: _____
Sophia Achermann

*Attorneys for John Doe (MN) and A.D.*

Dated: 06/23/2025

Mary Alexander & Associates PC

By: _____
Mary Alexander

*Attorneys for John Doe LL and John Doe DM*

Dated: 06/23/2025

PFAU COCHRAN VERTETIS AMALA PLLC

By:

Jason P. Amala

*Attorneys for C.P., Jane Doe (J.W.), John Doe P.F., and T.C.*

Dated: 06/23/2025

SLATER SLATER SCHULMAN LLP

By:

Ryan A. Camastra

*Attorneys for Jane Roe 265, Jane Roe 298, Jane Roe 333, Jane Roe 385, Jane Roe 443, Jane Roe 574, Jane Roe 583, Jane Roe 657, Jane Roe 670, Jane Roe 671, Jane Roe 675, Jane Roe 684, John Roe 129, John Roe 178, John Roe 214, John Roe 216, John Roe 217, John Roe 278, John Roe 282, John Roe 303, John Roe 314, John Roe 413, John Roe 414, John Roe 469, John Roe 481, John Roe 497, John Roe 550, John Roe 560, John Roe 587, John Roe 625, John Roe 627, John Roe 651, John Roe 669, John Roe 687, and John Roe 694*

Dated: 06/23/2025

BOUCHER LLP

By:

Kelsey Lynn Campbell

*Attorneys for Jane Doe B.N.W., Jane Doe E.D., Jane Doe K.L.M., Jane Doe M.A.G., John Doe B.C.R., John Doe D.J.S., John Doe E.D.G., John Doe E.L.B., John Doe G.B.M., John Doe J.B., John Doe J.C.A., John Doe J.H., John Doe J.P.M., John Doe K.E.K., John Doe L.F.R., John Doe M.P.O., John Doe M.W.M., John Doe N.P.S., and John Doe P.R.D.*

6

Dated:  06/23/2025                          MATTHEWS AND ASSOCIATES

                                            By: _Pedro de la Cerda_____
                                            Pedro De La Cerda

                                            *Attorneys for Jane Doe 1733, Jane Doe 420,*
                                            *Jane Doe 744, Jane Doe 868, John Doe 1615,*
                                            *John Doe 1737, John Doe 2731, John Doe*
                                            *2741, John Doe 42, John Doe 45, John Doe*
                                            *464, John Doe 562, John Doe 704, John Doe*
                                            *CLG03308, John Doe CLG03350, John Doe*
                                            *CLG03442, John Doe CLG03476, and John*
                                            *Doe CLG03492*

Dated:  06/23/2025                          DRIVON LAW FIRM LLP

                                            By: _____
                                            David E. Drivon

                                            *Attorneys for John Doe GR*

Dated:  06/24/2025                          MANLY STEWARD AND FINALDI

                                            By: _Vince W. Finaldi_____
                                            Vince W. Finaldi

                                            *Attorneys for Jane S-11 Doe, Jane S-13 Doe,*
                                            *Jane S-7 Doe, John S-10 Doe, John S-14 Doe,*
                                            *John S-16 Doe, John S-17 Doe, John S-3 Doe,*
                                            *John S-4 Doe, John S-5 Doe, John SAC-1 Doe,*
                                            *and John SAC-2 Doe*

Dated: 06/24/2025 _____    JOSEPH C. GEORGE, JR LAW
CORPORATION

By: 
Joseph Charles George

*Attorneys for G.D., J.R., Jennifer Doe S 509,
Jennifer Doe S 523, Jennifer Doe S 525,
Jennifer Doe S 526, Jennifer Doe S 528,
Jennifer Doe S 529, Jennifer Doe S 597,
Jennifer Doe S 598, Jennifer Doe S 600,
Jennifer Doe S 606, Jennifer Doe SCW, John
Doe 102, John Doe 140, John Doe 165, Joseph
Doe S 501, Joseph Doe S 502, Joseph Doe S
503, Joseph Doe S 504, Joseph Doe S 506,
Joseph Doe S 507, Joseph Doe S 508, Joseph
Doe S 512, Joseph Doe S 513, Joseph Doe S
515, Joseph Doe S 516, Joseph Doe S 517,
Joseph Doe S 518, Joseph Doe S 519, Joseph
Doe S 520, Joseph Doe S 522, Joseph Doe S
524, Joseph Doe S 584, Joseph Doe S 602,
Joseph Doe S 604, Joseph Doe S 605, M.T.,
and Samantha Doe SA4*

Dated: 06/24/2025 _____    THE ZALKIN LAW FIRM PC

By: _____
Hunter D.L. Haddock

*Attorneys for Jane MH Roe SAC, John JD Roe
SAC, John JT Roe SAC, John JW Roe SAC,
John MF Roe SAC, John ST Roe SAC, and
John TH Roe SAC*

Dated: 06/24/2025 _____    PAUL MONES PC

By: _____
Courtney Kiehl
*Attorneys for Jane Doe LL and John Doe MD*

8

Dated: 06/23/2025                           LIAKOS LAW APC

                                            By *Jennifer R. Liakos*
                                            Jennifer R. Liakos

                                            *Attorneys for LL John Doe JT, LL John Doe
                                            MW, LL John Doe TDR, LL John Doe TWGA,
                                            LL John Doe UM, and LL Jane Doe JEP*

Dated: 06/23/2025                           AYLSTOCK, WITKIN, KREIS &
                                            OVERHOTLZ

                                            By *Sin-Ting Mary Liu*
                                            Sin-Ting Mary Liu

                                            *Attorneys for R.A.*

Dated: 06/23/2025                           DIMARCO ARAUJO MONTEVIDEO

                                            By *Anthony C. Modarelli III*
                                            Anthony C. Modarelli III

                                            *Attorneys for John Doe 104*

Dated: 06/23/2025                           MICHAEL REHM

                                            By
                                            Michael Rehm

                                            *Attorneys for Jane Roe 1590*

Dated: 06/23/2025                           PEIFFER WOLF CARR KANE CONWAY &
                                            WISE LLP

                                            By *Melisa Rosadini-knott*
                                            Melisa A. Rosadini-Knott

                                            *Attorneys for John Doe D.H.*

Dated: 06/24/2025 _____

JEFF ANDERSON & ASSOCIATES



Signed by:
By Jennifer Stein _____
8DACC9E579B142E...

*Attorneys for Jane Doe SAC 1177, Jane Doe SAC 1185, Jane Doe SAC 1193, Jane Doe SAC 1204, Jane Doe SAC 1429, Jane Doe SAC 1432, Jane Doe SAC 1519, Jane Doe SAC 1637, Jane Doe SAC 1876, Jane Doe SAC 1891, Jane Doe SAC 2056, Jane Doe SAC 2076, Jane Doe SF 1883, John Doe SAC 1124, John Doe SAC 1127, John Doe SAC 1180M John Doe SAC 1208, John Doe SAC 1221, John Doe SAC 1276, John Doe SAC 1286, John Doe SAC 1421, John Doe SAC 1506, John Doe SAC 1507, John Doe SAC 1523, John Doe SAC 1531, John Doe SAC 1545, John Doe SAC 1554, John Doe SAC 1911, John Doe SAC 1915, John Doe SAC 1920, John Doe SAC 1924, John Doe SAC 1926, John Doe SAC 1935, John Doe SAC 1973, John Doe SAC 1980, John Doe SAC 1988, John Doe SAC 2029, John Doe SAC 2049, John Doe SAC 2050, John Doe SAC 2060, John Doe SAC 2068, John Doe SAC 2088, John Doe SAC 2092, and John Doe SF 1886*

Dated: 06/25/2025 _____

HERMAN LAW

Signed by:
By Justin R. Felton _____
Brian K. Teets, Jr.

*Attorneys for G.B., J.E., J.R., M.O., M.W., N.J., R.R., and S.C.*

Dated: 06/23/2025 _____

THOMPSON LAW OFFICES

DocuSigned by:
By Robert W. Thompson _____
Robert W. Thompson

*Attorneys for John Doe A.D.R.*

Docusign Envelope ID: 76CD5CFC-756A-4F31-B2BC-973563B8E4DA

Dated: 06/24/2025

WAGSTAFF LAW FIRM

By: Aimee Wagstaff
Aimee Wagstaff

*Attorneys for A.A. Roe 1*

Dated: June 25, 2025

WINER, BURRITT, SCOTT & JACOBS, LLP

By: Erika Scott
Erika J. Scott

*Attorneys for JOHN DOE 174, JANE DOE 639, JOHN DOE 521, JOHN DOE 166, JOHN DOE 542, JOHN DOE 137, JOHN DOE 572, JOHN DOE 534, JOHN DOE 568, JANE DOE 577, JANE DOE 564, and JANE DOE 549*

11

# U.S. Bankruptcy Court
## Eastern District of California (Sacramento)
## Bankruptcy Petition #: 24−21326

| | |
|---|---|
| | *Date filed:* 04/01/2024 |
| *Assigned to:* Hon. Christopher M. Klein | *341 meeting:* 05/13/2024 |
| Chapter 11 | *Deadline for filing claims:* 10/01/2024 |
| Voluntary | |
| Asset | |

**Debtor**
**The Roman Catholic Bishop of Sacramento**
2110 Broadway
Sacramento,, CA 95818
SACRAMENTO−CA
Tax ID / EIN: 94−1270353
*dba* Diocese of Sacramento

represented by **Robert M Charles, Jr**
Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson, AZ 85701−1611
520−629−4427
Fax : 520−622−3088
Email: Robert.Charles@wbd−us.com

**Ori Katz**
4 Embarcadero Center 17th Floor
San Francisco, CA 94111
(415) 434−4914
Email: okatz@sheppardmullin.com

**Alan H. Martin**
Sheppard, Mullin, Richter & Hampton
LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626−1993
714−513−5100
Fax : 714−513−5130
Email: amartin@sheppardmullin.com

**Paul J. Pascuzzi**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
916−329−7400
Email: ppascuzzi@ffwplaw.com

**Jason E. Rios**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
916−329−7400
Email: jrios@ffwplaw.com

*U.S. Trustee*
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street, Room 7−500
Sacramento, CA 95814

*U.S. Trustee*
**Tracy Hope Davis**

represented by **Jason M. Blumberg**
501 I St #7−500

1

Attn: Jason Blumberg
501 I St #7–500
Sacramento, CA 95814

Sacramento, CA 95814
916–930–2076
Email: jason.blumberg@usdoj.gov

**Jorge A. Gaitan**
501 I St #7–500
Sacramento, CA 95814
916–930–2100
Email: jorge.a.gaitan@usdoj.gov

*U.S. Trustee*
**Tracy Hope Davis**
Attn: Jared A. Day
300 Booth St Rm 3009
Reno, NV 89509

represented by **Jared A. Day**
300 Booth Street, Suite 3009
Reno, NV 89509
775–784–5335
Email: jared.a.day@usdoj.gov

*Creditor Committee*
**Eleanor McCampbell**

*Creditor Committee*
**Khadija Golden**

*Creditor Committee*
**Kevin Kelley**

*Creditor Committee*
**Joseph Wiebelhaus**

*Creditor Committee*
**Craig Carroll**

*Creditor Committee*
**Iris Delgado**

*Creditor Committee*
**Christopher Smith**

*Creditor Committee*
**Jacob Keck**

*Creditor Committee*
**Patrick Flynn**

*Creditor Committee*
**Official Committee of Unsecured Creditors**
Robert T. Kugler
50 S 6th St #2600
Minneapolis, MN 55402

represented by **Robert T. Kugler**
Stinson LLP
50 S 6th St #2600
Minneapolis, MN 55402
612–335–1500
Email: robert.kugler@stinson.com

*Creditor Committee*
**Official Committee of Unsecured Creditors**
Edwin H. Caldie
50 S 6th St #2600
Minneapolis, MN 55402

represented by **Edwin H. Caldie**
Stinson LLP
50 S 6th St #2600
Minneapolis, MN 55402
612–335–1500
Email: ed.caldie@stinson.com

*Creditor Committee*
**Official Committee of Unsecured Creditors**

represented by **Andrew Glasnovich**
Stinson LLP

2

Andrew J. Glasnovich
50 S 6th St #2600
Minneapolis, MN 55402

50 South Sixth Street
Minneapolis, MN 55402
612−335−1426
Fax : 612−335−1657
Email: drew.glasnovich@stinson.com

**Creditor Committee**
**Official Committee of Unsecured Creditors**
Clarissa C. Brady
50 S 6th St #2600
Minneapolis, MN 55402

represented by **Clarissa C. Brady**
Dorsey & Whitney LLP
2325 E. Camelback Road
Ste 900
Phoenix, AZ 85016
602−735−2700
Email: brady.clarissa@dorsey.com

**Creditor Committee**
**Official Committee of Unsecured Creditors**
Samantha Hanson−Lenn
50 S 6th St #2600
Minneapolis, MN 55402

represented by **Gabrielle Albert**
Keller Benvenutti Kim LLP
101 Montgomery Street
Suite 1950
San Francsico, CA 94104
415−364−6778
Email: galbert@kbkllp.com

**Samantha Hanson−Lenn**
Stinson LLP
50 South Sixth Street #2600
Minneapolis, MN 55402
612−335−1500
Email: samantha.hansonlenn@stinson.com

**Christopher B. Sevedge**
Stinson LLP
1201 Walnut St #2900
Kansas City, MO 64106
816−842−8600

| Filing Date | # | | Docket Text | |
|---|---|---|---|---|
| 07/25/2025 | | 1484 | Order Granting 1441 Motion/Application to Approve Stipulation Modifying the Automatic Stay [FWP−69] (mgrs) (Entered: 07/28/2025) | 50588340 |
| 08/08/2025 | | 1551 | Notice of Appeal and Statement of Election to District Court [FWP−69] Re: 1484 Order (Fee Paid $298) (eFilingID: 7527636) (msts) (Entered: 08/11/2025) | 50635221 |
| 08/11/2025 | | 1552 | Transmittal to District Court in Sacramento [FWP−69] Re: 1551 Notice of Appeal (msts) (Entered: 08/11/2025) | 50635265 |
| 08/11/2025 | | 1553 | Certificate of Notice of Appeal [FWP−69] Re: 1551 Notice of Appeal (msts) Additional attachment(s) added on 8/11/2025 (Starr, Maggie). (Entered: 08/11/2025) | 50635639 |
| 08/11/2025 | | 1554 | Certificate of Notice of Appeal [FWP−69] Re: 1551 Notice of Appeal (msts) Additional attachment(s) added on 8/11/2025 (Starr, Maggie). (Entered: 08/11/2025) | 50635653 |
| 08/11/2025 | | 1555 | Certificate of Notice of Appeal [FWP−69] Re: 1551 Notice of Appeal (msts) (Entered: 08/11/2025) | 50635740 |

3

| 08/11/2025 | | 1556 | Certificate of Notice of Appeal [FWP−69] Re: 1551 Notice of Appeal (msts) (Entered: 08/11/2025) | 50635752 |
|---|---|---|---|---|
| 08/11/2025 | | 1557 | BNC Service of Document as transmitted to BNC for service. (msts) (Entered: 08/11/2025) | 50635796 |
| 08/11/2025 | | 1558 | BNC Service of Document as transmitted to BNC for service. (msts) (Entered: 08/11/2025) | 50635861 |
| 08/11/2025 | | 1559 | BNC Service of Document as transmitted to BNC for service. (msts) (Entered: 08/11/2025) | 50635904 |
| 08/11/2025 | | 1560 | Certificate of Notice of Appeal [FWP−69] Re: 1551 Notice of Appeal (msts) (Entered: 08/11/2025) | 50636037 |