

# United States District Court
# Eastern District of California

| | |
|---|---|
| Certain Underwriters at Lloyd's, London, et al. | Case Number: 2:25-cv-02288-WBS |
| Plaintiff(s) | |
| V. | |
| The Roman Catholic Bishop of Sacramento, et | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Ashley Storey** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies

On **10/31/2023** (date), I was admitted to practice and presently in good standing in the **U.S. District Court, Southern District of NY** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **08/25/2025**        Signature of Applicant: /s/ **Ashley Storey**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ashley Storey |
| Law Firm Name: | Skarzynski Marick & Black LLP |
| Address: | One Battery Park Plaza, Fl. 32 |
| City: | New York    State: NY    Zip: 10004 |
| Phone Number w/Area Code: | (212) 820-7700 |
| City and State of Residence: | Brooklyn, New York |
| Primary E-mail Address: | astorey@skarzynski.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jeff D. Kahane |
| Law Firm Name: | Skarzynski Marick & Black LLP |
| Address: | 633 West Fifth Street, 26th Floor |
| City: | Los Angeles    State: CA    Zip: 90071 |
| Phone Number w/Area Code: | (213) 721-0650    Bar #: 223329 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 26, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE