Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
rroten@skarzynski.com
jkahane@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan (*pro hac vice* application to be filed)
Robert Sweeney (*pro hac vice* application to be filed)
**Clyde & Co US LLP**
30 S. Wacker Drive, Suite
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
Robert.Sweeney@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION,<br><br>        Appellant,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO<br><br>        Appellee. | No. 2:25-cv-02262-WBS<br><br><br>**NOTICE OF MOTION AND MOTION TO CONSOLIDATE APPEALS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES,<br><br>        Appellants,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>       Appellee. | No. 2:25-cv-02288-WBS<br><br>Hon. William B. Shubb<br><br>Date:     October 14, 2025<br>Time:    1:30 p.m.<br>Location: Courtroom 5, 14th Floor |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that, on October 14, 2025, at 1:30 PM, or as soon thereafter as this matter may be heard, in Courtroom 5 of the above-entitled Court, located at 501 I Street, 14th Floor, Sacramento, CA 95814, appellants Interstate Fire & Casualty Company and National Surety Corporation (together, the "Interstate Insurers") and Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies[1] (collectively "LMI") (together with the Interstate Insurers, the "Appellants"), by and through their respective counsel, will and hereby move, pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 8003(b)(2) and Federal Rule of Civil Procedure ("Civil Rule") 42(a), for entry of an order consolidating the following bankruptcy appeals currently pending before the Court for procedural purposes and for related relief: (1) Civil Case No. 2:25−cv−02262−WBS; and (2) Civil Case No. 2:25−cv−02288−WBS (together, the "Appeals").

The Bankruptcy Appeals arise from the *Order Granting Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14-Day Stay Period*, Bankr. Dkt. No. 1484, (the "Order") entered in the chapter 11 bankruptcy case of The Roman Catholic Bishop of Sacramento, Bankr. E.D.Cal. Case No. 24-21326 (the "Bankruptcy Case").[2]

Because the Appeals involve similar questions of law and operative facts, Appellants request consolidation for procedural purposes pursuant to Federal Rule of Bankruptcy Procedure 8003(b)(2) and/or Federal Rule of Civil Procedure 42(a). In support thereof, Appellants rely on the Memorandum of Law filed herewith; the underlying Order appealed by Appellants, including all of the pleadings and records in connection therewith; and upon all further oral and documentary evidence that may be presented at the hearing of this motion, including matters of which judicial notice may be taken.

---

[1] The London Market Insurance Companies are Excess Insurance Company, Ltd., Terra Nova Insurance Company, Ltd., Sphere Drake Insurance Company, Ltd., and Yasuda Fire & Marine Insurance Company, Ltd.
[2] All citations to "Bankr. Dkt. No. __" refer to the docket in the Bankruptcy Case.

| | | |
|---|---|---|
| 1 | Dated: August 29, 2025 | **SKARZYNSKI MARICK & BLACK LLP** |

 */s/ Jeff D. Kahane*
 By:   Jeff D. Kahane (SBN 223329)
       Russell W. Roten (SBN 170571)
       Timothy W. Evanston (SBN 319342)
       633 West Fifth Street, 26th Floor
       Los Angeles, CA 90071
       Telephone: (213) 721-0650
       Email: jkahane@skarzynski.com.com
              rroten@skarzynski.com
              tevanston@skarzynski.com

       -and-

       Catalina J. Sugayan (*pro hac vice* application to be filed)
       Robert Sweeney (*pro hac vice* application to be filed)
       Clyde & Co US LLP
       30 S. Wacker Drive, Suite 2600
       Chicago, Illinois 60606
       Telephone: (312) 635-7000
       Email: Catalina.Sugayan@clydeco.us
              Robert.Sweeney@clydeco.us

       *Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

Dated: August 29, 2025           **Parker, Hudson, Rainer & Dobbs LLP**

       */s/ Harris B. Winsberg* (as authorized on 8/29/25)
       By:   Harris B. Winsberg (admitted *pro hac vice*)
             Matthew M. Weiss (admitted *pro hac vice*)
             Matthew G. Roberts (admitted *pro hac vice*)
             Brian C. Aton (SBN 339266)
             303 Peachtree Street NE, Suite 3600
             Atlanta, GA 30308
             Telephone: (404) 523-5300
             Facsimile: (404) 522-8409
             Email: hwinsberg@phrd.com
                    mweiss@phrd.com
                    mroberts@phrd.com
                    baton@phrd.com

        -and-

        Todd C. Jacobs (admitted *pro hac vice*)
        John E. Bucheit (admitted *pro hac vice*)
        Two N. Riverside Plaza, Suite 1850
        Chicago, Illinois 60606
        Telephone: (312) 477-3305
        Email: tjacobs@phrd.com
              jbucheit@phrd.com

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

        Matthew C. Lovell (SBN 189728)
        Laura H. Smith (SBN 136117)
        101 Montgomery Street, Suite 2300
        San Francisco, California 94101
        Telephone: (415) 745-3779
        Facsimile: (415) 745-3771
        Email: mlovell@nicolaidesllp.com
              lsmith@nicolaidesllp.com

*Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

## MEMORANDUM OF POINTS AND AUTHORITIES

The Interstate Insurers, appellants in Case No. 2:25-CV-02262-WBS, and LMI, appellants in Case No. 2:25-CV-02288-WBS, respectfully request the Court consolidate the Appeals pursuant to Bankruptcy Rule 8003(b)(2) and Civil Rule 42(a).  Bankruptcy Rule 8003(b)(2), itself an adaptation of Federal Rule of Appellate Procedure 3(b), permits the district court to consolidate appeals when the parties separately filed timely notices of appeal.  Civil Rule 42(a) empowers courts to consolidate actions that involve a common question of law or fact.  The Appeals arise from the same Order, involve the same appellees, and were noticed at the same time.  The Interstate Insurers and LMI provided, or are alleged to have provided, insurance coverage implicated by the Order.  Further, the Appeals are presently assigned to the same Court.  It follows that consolidation of the Appeals is advisable and will further expedite their consideration.

## PROCEDURAL AND FACTUAL BACKGROUND

1.  Both Appeals arise out of the United States Bankruptcy Court for the Eastern District of California's *Order Granting Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14-Day Stay Period,* Bankr. Dkt. No. 1484, (the "Order").[3] In the bankruptcy case, Appellants opposed the *Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14 Day Stay Period*, Bankr. Dkt. No. 1441, which the bankruptcy court ultimately granted in entering the Order.

2.  Among other things, in modifying the automatic stay, the Order approved stipulations that: (1) authorize the Debtor and the Committee exclusively to "jointly select . . . no more than six State Court Actions . . . to be released from the stay and proceed to trial"; and (2) permit "Survivor Defendants . . . [to] make written settlement demands on the Debtor and any Non-Debtor Defendant(s) and for the Debtor and any Non-Debtor Defendant(s) to tender those demands on their respective insurers and request that the insurers pay those demands."  Exhibit 1 to Order, Stipulation ¶¶ 4 & 6, Bankr. Dkt. No. 1484.

---

[3] Except as otherwise stated herein, all citations to "Bankr. Dkt. No. __" refer to the docket in the above-referenced bankruptcy case.

-1-

Case Nos. 2:25-cv-02262-WBS, 2:25−CV−02288−WBS

3.  On August 8, 2025, each Appellant timely noticed an appeal of the Order.  Bankr. Dkt. Nos. 1542 (Interstate Insurers), 1551 (LMI).

4.  On August 22, 2025, this Court entered the *Order Relating Cases*, Dkt. No. 11, which related the Appeals and reassigned LMI's Appeal to this Court, now docketed at Civil Case No. 2:25-cv-02288-WBS.  Although the Order Relating Cases explicitly did not consolidate the Appeals, *see* Dkt. No. 11 at 2, the Court determined that the Appeals "appeal the same bankruptcy court order involving the same appellee," and found that "the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties," *id.*

5.  No status conferences have been held, and no briefing or other motions have been filed by any party in either Appeal.

## LEGAL ARGUMENT

6.  Bankruptcy Rule 8003(b)(2) empowers the district court to consolidate bankruptcy appeals when the appellants separately filed timely notices of appeal.  This rule "is an adaptation of" Federal Rule of Appellate Procedure Rule 3(b).  *See* Fed. R. Bankr. P. 8003(b) advisory committee's note to 2014 amendment.  "In consolidated appeals the separate appeals do not merge into one.  The parties do not proceed as a single appellant."  Fed. R. App. P. 3(b) advisory committee's note to 1998 amendment.  Court action is required to join appeals stemming from separate notices of appeal.  *Id.*

7.  Additionally, district courts deciding whether to consolidate bankruptcy appeals often turn to Civil Rule 42(a) for guidance.  *E.g.*, *In re Malcolm*, No. 5:22-cv-01966-SSS, 2023 WL 11897583, at *1 (C.D.Cal. Mar. 16, 2023) (applying Civil Rule 42(a) and consolidating bankruptcy appeals).  Civil Rule 42(a) permits courts to consolidate actions that "involve a common question of law or fact."  Fed. R. Civ. P. 42(a)(2).  In exercising the broad discretion granted by Civil Rule 42, courts "weigh[] the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause."  *In re Malcolm*, 2023 WL 11897583, at *1 (citation omitted).

8.  Consolidation is the proper outcome here.  The Appeals involve common questions

of law and fact as they are taken from the same Order by Appellants that opposed entry of the Order in the Bankruptcy Case.  The Appellants are similarly situated as insurers of the Debtor and/or Non-Debtor Defendants, and insurers are directly affected by the stipulation the Order approved.  Further, consolidation will promote judicial economy by permitting administration of the Appeals on a single, consolidated docket and schedule.

## CONCLUSION

WHEREFORE, the Appellants respectfully request the Court enter an order (a) consolidating Case Nos. 2:25-cv-02262-WBS and 2:25-cv-02288-WBS into one consolidated appeal, (b) authorizing use of a combined service list by the parties to each of the Appeals; and (c) granting any and all other relief that is just and proper.

Dated: August 29, 2025         **SKARZYNSKI MARICK & BLACK LLP**

/s/ Jeff D. Kahane
By:    Jeff D. Kahane (SBN 223329)
         Russell W. Roten (SBN 170571)
         Timothy W. Evanston (SBN 319342)
         633 West Fifth Street, 26th Floor
         Los Angeles, CA 90071
         Telephone: (213) 721-0650
         Email: jkahane@skarzynski.com.com
                    rroten@skarzynski.com
                    tevanston@skarzynski.com

-and-

Catalina J. Sugayan (*pro hac vice* application to be filed)
Robert Sweeney (*pro hac vice* application to be filed)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 635-7000
Email: Catalina.Sugayan@clydeco.us
            Robert.Sweeney@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance*

-3-

|   |   |
|---|---|
|   | *Companies* |

Dated: August 29, 2025                           **Parker, Hudson, Rainer & Dobbs LLP**

/s/ Harris B. Winsberg (as authorized on 8/29/25)
By:    Harris B. Winsberg (admitted *pro hac vice*)
        Matthew M. Weiss (admitted *pro hac vice*)
        Matthew G. Roberts (admitted *pro hac vice*)
        Brian C. Aton (SBN 339266)
        303 Peachtree Street NE, Suite 3600
        Atlanta, GA 30308
        Telephone: (404) 523-5300
        Facsimile: (404) 522-8409
        Email: hwinsberg@phrd.com
                mweiss@phrd.com
                mroberts@phrd.com
                baton@phrd.com

        -and-

        Todd C. Jacobs (admitted *pro hac vice*)
        John E. Bucheit (admitted *pro hac vice*)
        Two N. Riverside Plaza, Suite 1850
        Chicago, Illinois 60606
        Telephone: (312) 477-3305
        Email: tjacobs@phrd.com
                jbucheit@phrd.com


**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

        Matthew C. Lovell (SBN 189728)
        Laura H. Smith (SBN 136117)
        101 Montgomery Street, Suite 2300
        San Francisco, California 94101
        Telephone: (415) 745-3779
        Facsimile: (415) 745-3771
        Email: mlovell@nicolaidesllp.com
                lsmith@nicolaidesllp.com

*Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

# CERTIFICATE OF SERVICE

I declare that I am employed by the law firm Skarzynski, Marick & Black LLP in the State of California. I am over 18 years of age and not a party to this action. My business address is 633 West Fifth Street, 26th Street, Los Angeles, CA 90071. On August 29, 2025, I caused the following documents to be served on the registered case participants by filing said documents as set forth in the Court's CM/ECF procedures:

**NOTICE OF MOTION AND MOTION TO CONSOLIDATE APPEALS FOR PROCEDURAL PURPOSES AND FOR RELATED RELIEF**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

The above-referenced documents were also served via FedEx prepaid to the following parties:

**Felderstein Fitzgerald, Willoughby, et. al**
Paul J Pascuzzi
500 Capitol Mall
Ste 2250
Sacramento, CA 95814

**Sheppard Mullin Richter & Hampton LLP**
Ori Katz
Four Embarcadero Ctr
17th Fl
San Francisco, CA 94111-4109

**Stinson LLP**
Robert T Kugler
50 S 6th Street, Suite 2600
Minneapolis, MN 55402

**Keller Benvenutti Kim LLP**
Gabrielle L Albert
425 Market St, 26th Floor
San Francisco, CA 94105

**Office of the U.S. Trustee**
Jason Blumberg
501 'I' St
Ste 7-500
Sacramento, CA 95814

**Blank Rome, LLP**
Barron Weinstein
2029 Century Park East
Los Angeles, CA 90067

**Mary Alexander & Associates PC**
Mary Alexander
44 Montgomery Street, Suite 1303
San Franscisco, CA 94104

**Pfau Cochran Vertetis Amala PLLC**
Jason P. Amala
701 Fifth Avenue, Suite 4300
Seattle, WA 98104

**Slater Slater Schulman**
Ryan A. Camastra
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 90211

**Boucher LLP**
Kelsey L. Campbell
555 Montgomery Street, Suite 1205
San Francisco, CA 94111

**Matthews and Associates**
David P. Matthews
Pedro De La Cerda
2905 Sackett St.
Houston, TX 77098

**Drivon Law Firm LLP**
David E. Drivon
3439 Brookside Road, Suite 104
Stockton, CA 95219

**Manly Steward and Finaldi**
Vince W. Finaldi
19100 Von Karman Ave., Suite 800
Irvine, CA 92612

**Joseph C. George, JR Law Corporation**
Joseph Charles George
601 University Ave., Suite 270
Sacramento, CA 95825

**Zalkin Law Firm PC**
Hunter D.L. Haddock

10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130

**Paul Mones PC**
Courtney Kiehl
13101 W. Washington Blvd. Suite 128
Los Angeles, CA 90066

**Liakos Law APC**
Jennifer R. Liakos
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula, CA 90274

**Aylstock, Witkin, Kreis & Overhotlz**
Sin-Ting Mary Liu
17 E Main St, Ste 200
Pensacola, FL 32502-5998

**Dimarco Araujo Montevideo**
Anthony C. Modarelli III
1324 N. Broadway
Santa Ana, CA 92706

**The Law Office of Michael Rehm**
Michael Rehm
2121 Broadway, Unit 188860
Sacramento, CA 95818

**Peiffer Wolf Carr Kane Conway and Wise LLP**
Melisa A. Rosadini-Knott
3435 Wilshire Blvd, Ste 1400
Los Angeles, CA 90010

**Jeff Anderson & Associates**
Jeff Anderson, Jennifer Stein
12011 San Vincente Blvd, Suite 700
Los Angeles, CA 90049

**Herman Law**
Brian Plummer, Brian K. Teets, Jr.
54151 Ventura Blvd Suite 230
Calabasas, CA 91302

**Thompson Law Offices**
Robert W. Thompson
700 Airport Boulevard, Suite 160
Burlingame, CA 94010

**Wagstaff Law Firm**
Aimee Wagstaff
940 N. Lincoln St
Denver, CO 90203

**Winer Burritt Scott & Jacobs LLP**
Erika J. Scott
1901 Harrison St., Ste 1100
Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 29, 2025, in Los Angeles, CA.

By: */s/ Jeff D. Kahane*
Jeff D. Kahane
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, 90071
Telephone: 213.721.0650
jkahane@skarzynski.com
*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

4920-4758-2564, v. 2