Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Timothy W. Evanston (SBN 319342)
**SKARZYNSKI MARICK & BLACK LLP**
333 S. Grand Ave., Suite 3550
Los Angeles, CA 90071
Telephone: 213.721.0650
Email: rroten@skarzynski.com
jkahane@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan (*pro hac vice* to follow)
Robert Sweeney (*pro hac vice* to follow)
**CLYDE & CO US LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: 312.635.7000
Email: Catalina.Sugayan@clydeco.us
Robert.Sweeney@clydeco.us

Attorneys for *Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION,<br><br>    Appellant,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO<br><br>    Appellee. | No. 2:25-cv-02262-WBS<br><br>Re: Dkt. Nos. 20 & 23<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING APPEALS** |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES,<br><br>    Appellant,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>    Appellee. | No. 2:25-cv-02288-WBS<br><br>Re: Dkt. Nos. 10 & 13 |

This Stipulation For Order Consolidating Appeals is entered by and between Interstate Fire & Casualty Company and National Surety Corporation, appellants in Case No. 2:25-cv-

-1-

1  02262 WBS, Certain Underwriters at Lloyd's, London and Certain London Market Insurance
2  Companies, appellants in Case No. 2:25-cv-02288 WBS, and The Roman Catholic Bishop of
3  Sacramento, appellee in Case Nos. 2:25-cv-02262 WBS and 2:25:cv-02288 WBS, with reference
4  to the following facts:

5      1.    On August 29, 2025, Interstate Fire & Casualty Company and National Surety
6  Corporation filed a Motion to Consolidate Appeals in Case No. 2:25-cv-02262 WBS.

7      2.    On August 29, 2025, Certain Underwriters at Lloyd's, London and Certain
8  London Market Insurance Companies filed a Motion to Consolidate Appeals in Case No. 2:25-
9  cv-02288 WBS.

10      3.    On September 12, 2025, The Roman Catholic Bishop of Sacramento filed a
11  Statement of Non-Opposition in Response to Motions to Consolidate Appeals in both cases,
12  stating that it did not oppose the procedural consolidation of the cases, subject to a reservation of
13  rights.

14      4.    Hearings on the motions are currently set for October 14, 2025, at 1:30 p.m. in
15  Courtroom 5 (the "Hearings").

16  **WHEREFORE IT IS HEREBY STIPULATED AND AGREED** that

17  1. The Motions to Consolidate are GRANTED.
18  2. The Hearings will be removed from calendar.
19  3. The cases denominated Interstate Fire & Casualty Company and National Surety
20      Corporation v. Roman Catholic Bishop of Sacramento, No. 2:25-cv-02262 WBS, and
21      Certain Underwriters at Lloyd's, London and Certain London Market Insurance
22      Companies v. Roman Catholic Bishop of Sacramento, No. 2:25-cv-02288 WBS shall be
23      consolidated for procedural purposes only.  The separate appeals do not merge into one
24      and the parties do not proceed as a single appellant.
25  4. Case No. 2:25-cv-02262 WBS shall become the master docket for all future filings and
26      activity.  Subsequent filings in these cases must therefore be submitted through the
27      electronic filing system in Case No. 2:25-cv-02262 WBS.
28  5. The captions on documents filed in the consolidated cases shall be shown as:

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION, et al.,<br><br>Appellants,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO<br><br>Appellee. | Civil Case Nos.<br><br>2:25-cv-02262 WBS (lead case)<br><br>2:25-cv-02288 WBS |

6. The Clerk of Court shall make appropriate adjustments to compensate for this consolidation.

[Court's endorsement follows signatures.]

Dated: October 6, 2025        **SKARZYNSKI MARICK & BLACK LLP**

*/s/ Jeff D. Kahane*
By: Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Timothy W. Evanston (SBN 319342)
333 S. Grand Ave., Suite 3550
Los Angeles, CA 90071
Telephone: 213.721.0650
Email: rroten@skarzynski.com
jkahane@skarzynski.com
tevanston@skarzynski.com

-and-

**CLYDE & CO US LLP**
Catalina J. Sugayan (*pro hac vice* to follow)
Robert Sweeney (*pro hac vice* to follow)
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: .312.635.7000
Email: Catalina.Sugayan@clydeco.us
Robert.Sweeney@clydeco.us.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

| | | |
|---|---|---|
| 1 | Dated: October 6, 2025 | **PARKER, HUDSON, RAINER & DOBBS LLP** |

*/s/ Harris B. Winsberg*
By: Harris B. Winsberg (admitted pro hac vice)
Matthew M. Weiss (admitted pro hac vice)
Matthew G. Roberts (admitted pro hac vice)
Brian C. Aton (SBN 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
          mweiss@phrd.com
          mroberts@phrd.com
          baton@phrd.com

-and-

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
          jbucheit@phrd.com

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

Matthew C. Lovell (SBN 189728)
Laura H. Smith (SBN 136117)
101 Montgomery Street, Suite 2300
San Francisco, California 94101
Telephone: (415) 745-3779
Facsimile: (415) 745-3771
Email: mlovell@nicolaidesllp.com
          lsmith@nicolaidesllp.com

*Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

Dated: October 6, 2025    **FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

*/s/ Jason E. Rios*
By: Paul J. Pascuzzi (SBN 148810 )
Jason E. Rios (SBN 190086)
Thomas R. Phinney (SBN 159435)
Mikayla E. Kutsuris (SBN 339777)
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com

-4-

Stipulation and Order Consolidating Appeals

jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

*Attorneys for The Roman Catholic Bishop of Sacramento*

**IT IS SO ORDERED,**

DATE:

_____
**WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE**

-5-

Stipulation and Order Consolidating Appeals

## CERTIFICATE OF SERVICE

I declare that I am employed by the law firm Skarzynski Marick & Black LLP in the State of California. I am over 18 years of age and not a party to this action. My business address is 333 S. Grand Ave., Suite 3500, Los Angeles, CA 90071. On October 6, 2025, I caused the following documents to be served on the registered case participants by filing said documents as set forth in the Court's CM/ECF procedures:

**STIPULATION FOR ORDER CONSOLIDATING APPEALS**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2025, in Los Angeles, California.

*/s/ Jeff D. Kahane*
Jeff D. Kahane

-1-

Certificate of Service