1  PARKER, HUDSON, RAINER & DOBBS LLP    NICOLAIDES FINK THORPE
   Harris B. Winsberg (admitted *pro hac vice*)    MICHAELIDES SULLIVAN LLP
2  Matthew M. Weiss (admitted *pro hac vice*)    Matthew C. Lovell (SBN 189728)
   Matthew G. Roberts (admitted *pro hac vice*)    Laura H. Smith (SBN 136117)
3  Brian C. Aton (SBN No. 339266)    101 Montgomery Street, Suite 2300
   303 Peachtree Street NE, Suite 3600    San Francisco, California 94101
4  Atlanta, Georgia 30308    Telephone:  (415) 745-3779
   Telephone: (404) 523-5300    Facsimile:  (415) 745-3771
5  Facsimile: (404) 522-8409    Email:mlovell@nicolaidesllp.com
   Email: hwinsberg@phrd.com    lsmith@nicolaidesllp.com
6      mweiss@phrd.com
       mroberts@phrd.com
7      baton@phrd.com

8  Todd C. Jacobs (admitted *pro hac vice*)
   John E. Bucheit (admitted *pro hac vice*)
9  Two N. Riverside Plaza, Suite 1850
   Chicago, Illinois 60606
10 Telephone: (312) 477-3305
   Email: tjacobs@phrd.com
11     jbucheit@phrd.com

12 *Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

13 **UNITED STATES DISTRICT COURT**

14 **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16 INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY | No. 2:25-cv-02262-WBS |
| 17 CORPORATION, | Re: Dkt. Nos. 20 & 23 |
| 18     Appellant, | |
| 19 v. | **STIPULATION AND ORDER** |
| 20 | **CONSOLIDATING APPEALS** |
| THE ROMAN CATHOLIC BISHOP OF | |
| 21 SACRAMENTO | |
| 22     Appellee. | |
| 23 CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON | No. 2:25-cv-02288-WBS |
| 24 MARKET COMPANIES, | Re: Dkt. Nos. 10 & 13 |
| 25     Appellant, | |
| 26 v. | |
| 27 THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, | |
| 28     Appellee. | |

Stipulation for Order Consolidating Appeals

This Stipulation For Order Consolidating Appeals is entered by and between Interstate Fire & Casualty Company and National Surety Corporation, appellants in Case No. 2:25-cv-02262 WBS, Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies, appellants in Case No. 2:25-cv-02288 WBS, and The Roman Catholic Bishop of Sacramento, appellee in Case Nos. 2:25-cv-02262 WBS and 2:25:cv-02288 WBS, with reference to the following facts:

1.     On August 29, 2025, Interstate Fire & Casualty Company and National Surety Corporation filed a Motion to Consolidate Appeals in Case No. 2:25-cv-02262 WBS.

2.     On August 29, 2025, Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies filed a Motion to Consolidate Appeals in Case No. 2:25-cv-02288 WBS.

3.     On September 12, 2025, The Roman Catholic Bishop of Sacramento filed a Statement of Non-Opposition in Response to Motions to Consolidate Appeals in both cases, stating that it did not oppose the procedural consolidation of the cases, subject to a reservation of rights.

4.     Hearings on the motions are currently set for October 14, 2025, at 1:30 p.m. in Courtroom 5 (the "<u>Hearings</u>").

**WHEREFORE IT IS HEREBY STIPULATED AND AGREED** that

1.     The Motions to Consolidate are GRANTED.

2.     The Hearings will be removed from calendar on October 14, 2025.

3.     The cases denominated <u>Interstate Fire & Casualty Company and National Surety Corporation v. Roman Catholic Bishop of Sacramento</u>, No. 2:25-cv-02262 WBS, and <u>Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies v. Roman Catholic Bishop of Sacramento</u>, No. 2:25-cv-02288 WBS shall be consolidated for procedural purposes only.  The separate appeals do not merge into one and the parties do not proceed as a single appellant.

Stipulation and Order Consolidating Appeals

4.     Case No. 2:25-cv-02262 WBS shall become the master docket for all future filings and activity.  Subsequent filings in these cases must therefore be submitted through the electronic filing system in Case No. 2:25-cv-02262 WBS.

5.     The captions on documents filed in the consolidated cases shall be shown as:

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION, et al., <br><br>           Appellants, <br><br> v. <br> THE ROMAN CATHOLIC BISHOP OF SACRAMENTO <br><br>           Appellee. | Civil Case Nos. <br><br> 2:25-cv-02262 WBS (lead case) <br><br> 2:25-cv-02288 WBS |

6.     The Clerk of Court shall make appropriate adjustments to compensate for this consolidation.

[Court's endorsement follows signatures.]

Dated: October 6, 2025          **PARKER, HUDSON, RAINER & DOBBS LLP**

                                 */s/ Harris B. Winsberg*
                                   By: Harris B. Winsberg (admitted pro hac vice)
                                 Matthew M. Weiss (admitted pro hac vice)
                                 Matthew G. Roberts (admitted pro hac vice)
                                 Brian C. Aton (SBN 339266)
                                 303 Peachtree Street NE, Suite 3600
                                 Atlanta, GA 30308
                                 Telephone: (404) 523-5300
                                 Facsimile: (404) 522-8409
                                 Email: hwinsberg@phrd.com
                                          mweiss@phrd.com
                                          mroberts@phrd.com
                                          baton@phrd.com

                                 -and-

                                 Todd C. Jacobs (admitted pro hac vice)
                                 John E. Bucheit (admitted pro hac vice)
                                 Two N. Riverside Plaza, Suite 1850
                                 Chicago, Illinois 60606
                                 Telephone: (312) 477-3305
                                 Email: tjacobs@phrd.com
                                          jbucheit@phrd.com

Stipulation and Order Consolidating Appeals

1

2
**NICOLAIDES FINK THORPE MICHAELIDES
SULLIVAN LLP**

3
Matthew C. Lovell (SBN 189728)

4
Laura H. Smith (SBN 136117)
101 Montgomery Street, Suite 2300
San Francisco, California 94101

5
Telephone: (415) 745-3779
Facsimile: (415) 745-3771

6
Email: mlovell@nicolaidesllp.com
        lsmith@nicolaidesllp.com

7

8
*Attorneys for Interstate Fire & Casualty Company and
National Surety Corporation*

9

Dated: October 6, 2025    **SKARZYNSKI MARICK & BLACK LLP**

10

11
*/s/ Jeff D. Kahane*
By: Jeff D. Kahane (SBN 223329)

12
Russell W. Roten (SBN 170571)
Timothy W. Evanston (SBN 319342)
633 West Fifth Street, 26th Floor

13
Los Angeles, CA 90071
Telephone: (213) 721-0650

14
Email: jkahane@skarzynski.com.com
        rroten@skarzynski.com

15
        tevanston@skarzynski.com

16
-and-

17
Catalina J. Sugayan (pro hac vice to be filed)
Robert Sweeney (pro hac vice to be filed)

18
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606

19
Telephone: (312) 635-7000
Email: Catalina.Sugayan@clydeco.us

20
        Robert.Sweeney@clydeco.us

21
*Counsel for Certain Underwriters at Lloyd's, London and Certain
London Market Insurance Companies*

22

Dated: October 6, 2025    **FELDERSTEIN FITZGERALD
WILLOUGHBYPASCUZZI & RIOS LLP**

23

24
*/s/ Jason E. Rios*
By: Paul J. Pascuzzi (SBN 148810 )

25
Jason E. Rios (SBN 190086)
Thomas R. Phinney (SBN 159435)

26
Mikayla E. Kutsuris (SBN 339777)
500 Capitol Mall, Suite 2250

27
Sacramento, CA 95814
Telephone: (916) 329-7400

28
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com

-4-

1
                jrios@ffwplaw.com
                tphinney@ffwplaw.com
2
                mkutsuris@ffwplaw.com

3

4
             *Attorneys for The Roman Catholic Bishop of Sacramento*

5

6

7
             Pursuant to stipulation, **IT IS SO ORDERED,**

8
Dated:  October 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Consolidating Appeals